UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| ANTOINETTE C. TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3: 10-65-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| PEACH PROPERTIES - OSPREY COVE, LLC, et al., | ) ) | **ORDER OF DISMISSAL** |
| | ) | |
| Defendants. | ) | |

\*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\*

The Court having been advised that the parties have settled all issues in dispute [Record No. 17], it is hereby

**ORDERED** that the parties' joint motion to dismiss [Record No. 17] is **GRANTED**. This action is **DISMISSED**, with prejudice, as settled.  It is further **ORDERED** that the Defendants' motion to dismiss [Record No. 15] is **DENIED**, as moot.

This 24th day of November, 2010.

